**William LANE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78682**

Missouri Court of Appeals, Western District.

ORDER FILED: April 5, 2016

Rosalynn Koch, Columbia, MO, Counsel for Appellant.

Richard Starnes, Jefferson City, MO, Counsel for Respondent.

Before Division Three: James Edward Welsh, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

### ORDER

Per Curiam:

Mr. William Lane appeals the denial of a Rule 29.15 motion pleading ineffective assistance of counsel because trial counsel failed to object to the victim's out-of-court videotaped statements and failed to require the victim to testify which waived Mr. Lane's right to confrontation. We disagree.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).